Nos. 02-3388/3702

| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br>FOR THE SIXTH CIRCUIT | **FILED**<br>OCT 3 0 2003<br>LEONARD GREEN, Clerk |

AUDLEY CASANOVA,

    Plaintiff-Appellant,

v.

PAUL BYERS,

    Defendant-Appellee.

ORDER

C-1-00-579

*(stamp: 03 OCT 30 PM 2:08 — KENNETH J. MURPHY, CLERK)*

Before: KENNEDY, GUY, and DAUGHTREY, Circuit Judges.

Audley Casanova has filed a petition for rehearing of this court's order of August 8, 2003, affirming the district court's judgment dismissing his civil action filed pursuant to this court's diversity jurisdiction.

Upon careful consideration, this panel concludes that it did not misapprehend or overlook any point of law or fact when it issued its order. *See* Fed. R. App. P. 40(a).

The petition for rehearing is therefore denied.

ENTERED BY ORDER OF THE COURT

*/s/ Leonard Green*
Clerk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By: */s/ Nancy Barnes*
Deputy Clerk