**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

**LEONARD GREEN**
**CLERK**

**DEBRA COOK**
**(513) 564-7043**
**www.ca6.uscourts.gov**

Filed: November 10, 2003

Kenneth J. Murphy
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 326 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

RE: 02-3388: 02-3702
    Casanova vs. Byers
    District Court No. 00-00579

Dear Clerk:

Enclosed please find:

The CERTIFIED RECORD RETURNED to lower court at the end of
appellate proceedings. [02-3388, 02-3702] . Volumes
included: 1 P1;.

Please acknowledge receipt of the certified record on the attached
copy of this letter and return it to this office.

_____
Name and Title of Authorized Agent for
the District Court or Government Agency

Very truly yours,
Leonard Green, Clerk

Deb Cook
Records Management Deputy