UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

NOV 1 0 2003

No: 02-3388: 02-3702

KENNETH J. MURPHY, Clerk

Filed: November CINCINNATI, OHIO

AUDLEY CASANOVA

   Plaintiff - Appellant

1:00-cv-579

 v.

~~PAUL BYERS~~

   Defendant - Appellee

### MANDATE

Pursuant to the court's disposition that was filed 9/8/03 the mandate for this case hereby issues today.

A True Copy.

COSTS: NO COSTS TAXED

Attest:

Filing Fee ...........$
Printing ............$

  Total .........$

Robin Duncan
   Deputy Clerk