FILED
JAMES BONINI
CLERK
03 NOV 26 AM 11:56

IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

AUDLEY CASANOVA, :
    Plaintiff, :
     :
     : Case No. C-1-00579
     : SAS
PAUL BYERS, :
    Defendant, :

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT

**COMES NOW**, Paul Byers, and responds to Plaintiff's Motion for Relief from Judgment.

Under Rule 60(b) of the Federal Rules of Civil Procedure:

> ...The motion shall be made within a reasonable time, and for reasons (1), (2), and (3) not more than one year after the judgment.

On December 10, 2001, the Court granted Defendant's Motion for Summary Judgment (doc. 17). Plaintiff's motion is time barred.

In addition, Plaintiff appealed this Court's judgment to the United States Court of Appeals for the Sixth Circuit, Case No. 02-3388, and Plaintiff lost his appeal.

Defendant denies the allegations alleged in paragraphs 2 and 3 of Plaintiff's Motion for Relief from Judgment.

WHEREFORE, Defendant, Paul Byers, prays that the Motion of Plaintiff be dismissed.

1

ORIGINAL

Respectfully submitted,

*Paul Byers*
Paul Byers
310 Ezzard Charles Dr.
Cincinnati, OH 45214

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been sent via first class mail, with sufficient postage affixed, on this the 25th day of November, 2003, to Audley Casanova, #18131-057, 2680 HWY 301, South, Jesup, GA 31599.

*/s/ Paul Byers*

Paul Byers, Defendant