| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [illegible signature] ☒ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 2/27/0.1 |
| 1. Article Addressed to:<br><br>Audley Casanova<br>#18131-057<br>2680 Highway 301 South<br>Jessup, GA 31599 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>   If YES, enter delivery address below: |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label)<br>00-579 (Dec 41) SAS | 7003 1680 0000 0330 4740 |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-02-M-1540 |