IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 MAR 10 PM 2:45

| | |
|---|---|
| AUDLEY CASANOVA,<br>Plaintiff, | :<br>:<br>: |
| | : Case No. 1:00-cv-579 |
| PAUL BYERS,<br>Defendant, | :<br>:<br>: |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION

**COMES NOW**, Paul Byers, and responds to Plaintiff's objections to the Magistrate's Report and Recommendation:

Plaintiff claims that "section three (3), entitle (sic) "Fraud", does not have a one year time limit.

Under Rule 60(b) of the Federal Rules of Civil Procedure:

> …The motion shall be made within a reasonable time, and for reasons (1), (2), **and (3)** not more than one year after the judgment.

(emphasis added).

WHEREFORE, Defendant, Paul Byers, prays that the Magistrate's Report and Recommendation be followed.

Respectfully submitted,

*Paul Byers*

1

original

Paul Byers
310 Ezzard Charles Dr.
Cincinnati, OH 45214

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been sent via first class mail, with sufficient postage affixed, on this the 9th day of March, 2004, to Audley Casanova, #18131-057, 2680 HWY 301, South, Jesup, GA 31599.

*Paul Byers*
Paul Byers, Defendant