**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

C-1-00-579
Doc. 44 4/14/04

Sent To: AUDLEY CASANOVA 18131-037
Street, Apt. No.; or PO Box No. 2680 HWY 301 SOUTH
City, State, ZIP+4 JESSUP GA 31599

7002 0860 0000 5229 8771