| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>V. Crawn   4/14/04 |
| 1. Article Addressed to:<br><br>AUDLEY CASANOVA<br>#18131-057<br>2680 HIGHWAY 301 SOUTH<br>JESSUP, GA 31599 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>  ☒ Certified Mail   ☐ Express Mail<br>  ☐ Registered      ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7002 0860 0006 5229 8771 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-0835

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

OFFICE OF THE CLERK
U. S. DISTRICT COURT
Rm. 524 U. S. Courthouse
5th & Walnut Streets
Cincinnati, Ohio 45202

C-1-00-579 (KM)
DOC. 44