

Audley Casanova
#18131-057
FCI Jesup, Unit-EB
2680 HWY 301 South
Jesup, Georgia 31599
(Pro se Plaintiff)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

AUDLEY CASANOVA,                :

      PLAINTIFF,          :

VS.                             :    CASE NO. 1:00-CV-00579

PAUL BYERS,                     :

      DEFENDANT,          :    NOTICE OF APPEAL

_____ :

NOTICE is hereby given that the Plaintiff, Audley Casanova, hereby appeal to the United States Court of Appeal for the Sixth Circuit from the final decision denying his motion for relief from judgment entered on April 14, 2004.

Dated: April 22, 2004                  /s/ _____
                                              Audley Casanova