**U.S. Postal Service**™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

| For delivery information visit our website at www.usps.com® |
|---|

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To AUDLEY CASANOVA #18131-057

Street, Apt. No.; or PO Box No. 2680 HIGHWAY 301 SOUTH

City, State, ZIP+4 JESSUP, GA 31599

PS Form 3800, June 2002                    See Reverse for Instructions

7003 0500 0002 0489 8767