# TRANSMISSION FORM

| | |
|---|---|
| **District Court:** SD of Ohio (Western Division) | **APPEAL INFORMATION to be completed by the Sixth Circuit** |
| **District Court Case No:** 1:00cv0579 | **Court of Appeals Case No:** 04 3638 |
| **SHORT CAPTION** <br> AUDLEY CASANOVA* | **Case Manager:** LINDA KANTER |
| **Plaintiff/Petitioner** <br><br> vs. <br><br> **PAUL BYERS** <br><br> **Defendant/Respondent** <br><br> #18131 <br> 2680 Highway 301 South <br> Jessup, GA 31599 <br><br> *provide pro se address IF NOT on the docket sheet | **Date Filed:** <br><br> FILED <br> MAY 14 2004 <br> LEONARD GREEN, Clerk |
| **District Court Judge:** S. ARTHUR SPIEGEL <br><br> **Court Reporter(s):** | **Anything That Needs Special Attention** <br><br> NOTICE OF APPEAL(DOC.45) appealing ORDER(DOC.44) entered 4/14/2004. |
| **From Deputy Clerk:** ARTHUR HILL <br><br> **Date:** 4/26/2004 | |
| $255.00 Appeal Filing Fee Paid? NO | |

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**   Volume(s)

Deposition(s)   Volume(s)        Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)        **Sealed**   Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: **JAMES BONINI** _____
United States District Court

(Filed stamp: 04 MAY 14 PM 4:05 — FILED JAMES BONINI CLERK)