FILED
JAMES BONINI
CLERK

2004 MAY 20 PM 3: 05

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Audley Casanova
#18131-057
FCI Jesup, Unit-EB
2680 HWY 301 South
Jesup, Georgia 31599
(Pro se Plaintiff)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| AUDLEY CASANOVA, | : | |
| PLAINTIFF, | : | |
| VS. | : | CASE NO. 1:00-CV-579 |
| PAUL BYERS, | : | |
| DEFENDANT. | : | PLAINTIFF'S RESPONSE TO DEFICIENCY ORDER |
| | : | |

NOW COMES, the Plantiff/Appellant, Audley Casanova, pro se, in the above styled cause and respectfully submits his formal response to this Court deficiency order, and states:

1. This came before this Court upon Casanova's petition for relief from judgment pursuant to FRCVP-60(b). This Court entered a order denying such. Casanova thereafter filed a timely notice to appeal.

2. Casanova now contents that the PLRA does not apply to the instant case, because he is appealing the denial of habeas relief under FRCVP_60(b). Therefore, no docketing and filing fess are required.

WHEREFORE, for all of the foregoing reasons, Casanova's action should proceed without cost.

Dated: May 14, 2004

Respectfully Submitted,

/s/ *signature*

Audley Casanova

## CERTIFICATE OF SERVICE

I, hereby certify that a true and exact copy of the foregoing was served on the defendant at 310 Ezzard Charles Drive, Cincinnati, Ohio 45214, On May 14, 2004, with proper postage affixed.

/s/ *signature*

Audley Casanvoa