**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

Case No: 04-3638

FILED
JAMES BONINI
CLERK

04 JUL 14 PM 4:37

ORDER

FILED
JUL 13 2004
LEONARD GREEN, Clerk

AUDLEY CASANOVA

      Plaintiff - Appellant

v.

1:00 cv 579

PAUL BYERS

      Defendant - Appellee

---

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

The Appellant's Brief was not filed by 6/23/04 .

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT

Leonard Green, Clerk

*Leonard Green (eh)*

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By_____
    Deputy Clerk